DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. CROMARTIE

No. 46P85.

Case below: 66 N.C. App. 554.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 27 February 1985.

## STATE v. DAVIS

No. 613P84.

Case below: 70 N.C. App. 788.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 27 February 1985.

## STATE v. DEANS

No. 678P84.

Case below: 71 N.C. App. 227.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985.

## STATE v. FINGER

No. 94P85.

Case below: 72 N.C. App. 569.

Petition by defendant for writ of supersedeas and temporary stay denied 25 February 1985.

## STATE v. GILCHRIST

No. 680P84.

Case below: 71 N.C. App. 180.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985.